UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-21-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:21CR212 (SALM)(SDV) |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 1542 |
| | : | (Use of a Passport Secured by False |
| v. | : | Statement) |
| | : | |
| | : | 42 U.S.C. § 408(a)(7)(B) |
| | : | (False Representation of Social Security |
| | : | Account Number) |
| | : | |
| ADRIAN JOSEPH, | : | |
| a.k.a. "Kevin Sistrunk" | : | |

DEC 2 2021 PM12:26
FILED - USDC - BPT - CT

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Use of a Passport Secured by False Statement)

1.      On or about February 29, 2020, in the District of Connecticut, the defendant

ADRIAN JOSEPH, also known as "Kevin Sistrunk," willfully and knowingly used Passport No.

48299xxxx, issued under the authority of the United States, to obtain a REAL ID driver's license

from the State of Connecticut Department of Motor Vehicles, where the previous issuance of such

Passport had been secured by reason of a false statement, namely, the defendant misrepresenting

his true identity in the application for the Passport.

In violation of Title 18, United States Code, Section 1542.

COUNT TWO
(False Representation of Social Security Account Number)

2.       On or about February 29, 2020, in the District of Connecticut, the defendant

ADRIAN JOSEPH, also known as "Kevin Sistrunk," for the purpose of obtaining anything of

value and for any other purpose, and with the intent to deceive, falsely represented in an application

for a REAL ID driver's license from the State of Connecticut Department of Motor Vehicles that

the Social Security Account Number assigned to him by the Commissioner of Social Security was

194-xx-xxxx, when in fact, as the defendant then and there knew, this Social Security Account

Number was not assigned to him by the Commissioner of Social Security.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY

2